UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JARED BANNON,

                Petitioner,

v.

WARDEN GARRETT, *et al.*,

                Respondents.

Case No. 3:22-cv-00370-ART-CSD

ORDER

      In this habeas corpus action, in an order entered on August 19, 2022, the Court appointed counsel, the Federal Public Defender for the District of Nevada, for Petitioner Jared Bannon. (ECF No. 3.) The Court ordered that within 30 days—by Monday, September 19, 2022—the FPD was to file a notice of appearance or indicate to the Court its inability to represent Bannon. (*Id.*)

      On September 22, 2022, the FPD filed a motion for extension of time (ECF No. 7), requesting an extension of time to October 21, 2022, to respond to the appointment. The FPD states in the motion that they did not receive notice of the Court's appointment order until September 22, 2022. Good cause appearing, the Court will grant the motion for extension of time.

      It is therefore ordered that the FPD's motion for extension of time (ECF No. 7) is granted. The FPD will have until October 21, 2022, to file a notice of appearance, or to indicate to the Court its inability to represent the Petitioner in this case, as required by the August 19, 2022, order (ECF No. 3).

      DATED THIS 27th day of September 2022.

                                            ANNE R. TRAUM
                                            UNITED STATES DISTRICT JUDGE