UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED BANNON, | Case No. 3:22-cv-00370-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Jared Bannon, who is represented by appointed counsel, was due on December 19, 2022, to either pay the $5 filing fee for this action or file a new, complete application to proceed *in forma pauperis*. (*See* ECF No. 10.) On December 19, 2022, Bannon filed a motion for extension of time (ECF No. 11) requesting a 45-day extension of that deadline—extending the deadline to February 2, 2023. Bannon's counsel states that the extension of time is necessary because of the time it is taking for the prison to act on his request to withdraw funds from his account and pay the filing fee. Bannon's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///
///

1

1    It is therefore ordered that Petitioner's Motion for Enlargement of Time (ECF No. 11) is granted. Petitioner will have until and including February 2, 2023, to either pay the $5 filing fee for this action or file a new, complete application to proceed in forma pauperis.

DATED THIS 20th day of December, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE