UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED BANNON, | Case No. 3:22-cv-00370-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period, Petitioner Jared Bannon, who is represented by appointed counsel, was due on February 2, 2023, to file an amended habeas petition. (*See* ECF No. 10.) On February 2, 2023, Bannon filed a motion for extension of time (ECF No. 14) requesting a 90-day extension of that deadline, to May 3, 2023. Bannon's counsel states that the extension of time is necessary because of the time required to obtain the state court record and investigate the case. Bannon's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Petitioner's Motion for Enlargement of Time (ECF No. 14) is granted. Petitioner will have until and including May 3, 2023, to file his amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered August 16, 2023 (ECF No. 10) will remain in effect.

DATED THIS 15th day of February, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1