UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED BANNON,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WARDEN GARRETT, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00370-ART-CSD<br><br>ORDER |

　　　This action is a petition for writ of habeas corpus by Jared Bannon, an individual incarcerated at Nevada's Lovelock Correctional Center. On August 19, 2022, the Court appointed counsel for Bannon—the Federal Public Defender for the District of Nevada ("FPD"). (*See* ECF Nos. 3, 9.) The Court entered a scheduling order (ECF No. 10) giving Bannon time to file an amended habeas petition with the assistance of counsel and setting a schedule for further proceedings beyond that. After an extension of time, the amended petition was to be filed by May 3, 2023. (*See* ECF No. 15.)

　　　On May 3, 2023, the FPD filed on Bannon's behalf a Motion to Voluntarily Dismiss Petition (ECF No. 16). Bannon states that he has consulted with counsel and has decided to voluntarily dismiss this case. (ECF Nos. 16, 16-1.) Respondents filed a notice of non-opposition to Bannon's motion on May 4, 2023. (ECF No. 17.)

　　　As there has not been an answer filed, the Court will grant Bannon's motion and dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

///

1

1    It is therefore ordered that Petitioner's Motion to Voluntarily Dismiss
2 Petition (ECF No. 16) is granted.
3    It is further ordered that this action is dismissed. The Clerk of the Court is
4 directed to enter judgment accordingly.
5    DATED THIS 9th day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE